UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                      )
CAROL SMITH; CAROL SMITH, LLC; and )
CAROL SMITH NEVADA, LLC,              )
                                      )
          Petitioners,                )
                                      )
     v.                               )      MC No. 13-42 S
                                      )
UNITED STATES OF AMERICA,             )
                                      )
          Respondent.                 )
_____)

## ORDER

On June 24, 2013, Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation (ECF No. 9), recommending that this Court grant Respondent's Motion to Dismiss (ECF No. 3). Because Petitioners have filed no objection to Judge Sullivan's Report and Recommendation, this Court now adopts it. Respondent's motion is GRANTED, and the action is DISMISSED.

IT IS SO ORDERED.

/s/ William E. Smith
William E. Smith
United States District Judge
Date: August 8, 2013